UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARAH MARILU MASON<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner, Social Security<br><br>Defendant. | Case No. 2:20-CV-05273-PVC<br><br>ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

Based upon the parties' Stipulation for Award of Attorney Fees and Expenses under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees in the amount of Seven Thousand Dollars and Zero Cents ($7,000.00), and expenses in the amount of Zero Dollars and Zero Cents ($0.00), be paid to Patricia L. McCabe, Counsel for Plaintiff, , pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: April 21, 2022

_____

Hon. Pedro V. Castillo
United States Magistrate Judge

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to FRCP Rule 25(d), Kilolo Kijakazi should be substituted for Commissioner Andrew Saul as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).